IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTEN LYNCH, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY PSYCHIATRY MANAGEMENT, LLC, d/b/a MINDPATH HEALTH, a Delaware Limited Liability Company,<br><br>Defendant. | Case No. 2:23-cv-00251-TLN-DB<br><br>**ORDER APPROVING STIPULATION TO EXTEND PAGE LIMITS** |

Before the Court is the parties' Stipulation to Extend Page Limits for briefing in connection with Defendant's anticipated motion to dismiss Plaintiff's Class Action Complaint. For good cause shown, it is ORDERED that:

1. The Stipulation is APPROVED; and

2. The following page limits apply to briefs in connection with a motion to dismiss the Class Action Complaint:

  *Brief in Support of Motion to Dismiss*:  30 pages

  *Opposition to Motion to Dismiss*:  30 pages

  *Reply in Support of Motion to Dismiss*:  15 pages

3. Any cover pages, tables of contents, tables of authority, and signature blocks are excluded from these page limits.

- 1 -

DONE this the 15th day of May, 2023.

_____
Troy L. Nunley
United States District Judge