**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORINA LOWREY, individually, and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMUNITY PSYCHIATRY MANAGEMENT, LLC d/b/a MINDPATH HEALTH, a Delaware Limited Liability Company,<br><br>    Defendant. | Case No.: 2:23-cv-00185-TLN-DB<br><br><u>CLASS ACTION</u><br><br>**ORDER CONSOLIDATING CASES** |
| CHRISTEN LYNCH, individually, and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMUNITY PSYCHIATRY MANAGEMENT, LLC d/b/a MINDPATH HEALTH, a Delaware Limited Liability Company,<br><br>    Defendant. | Case No.: 2:23-cv-00251-TLN-DB<br><br><u>CLASS ACTION</u> |

The Court, having reviewed the Parties Stipulation, the pleadings and papers filed herein, and for good cause appearing, finds and orders as follows:

**THE COURT HEREBY FINDS** that the related cases of *Lowrey v. Community Psychiatry Management, LLC d/b/a Mindpath Health* ("*Lowrey*") (No. 2:23-CV-00185-TLN-DB) and *Lynch v. Community Psychiatry Management, LLC d/b/a Mindpath Health* ("*Lynch*") (No. 2:23-CV-00251-TLN-DB) and have common questions of law or fact under Fed. R. Civ. P. 42(a)(2).

**THE COURT FURTHER FINDS** that, as the Parties have stipulated to consolidation, Defendant's pending motions to dismiss in the *Lowrey* and *Lynch* cases are MOOT.

**IT IS HEREBY ORDERED** that the *Lowrey* and *Lynch* cases shall be consolidated.

**IT IS FURTHER ORDERED** that the *Lowrey* case shall be designated as the lead case and all papers filed in the consolidated action shall be filed under Case No. **2:23-cv-00185-TLN-DB** and captioned as "*In re Mindpath Privacy Litigation*".

**IT IS FURTHER ORDERED** that all subsequently filed actions, if any, involving common questions of law and fact shall be consolidated with *In re Mindpath Privacy Litigation*.

**IT IS FURTHER ORDERED** that Plaintiffs shall have thirty (30) days from the date of the entry of this Order to file a consolidated complaint.

**IT IS FURTHER ORDERED** that all deadlines arising from or related to the Defendant's Motions to Dismiss in the *Lynch* and *Lowrey* cases shall be VACATED.

**IT IS SO ORDERED**.

Dated: June 6, 2023

Troy L. Nunley
United States District Judge